| | | | | |
|---|---|---|---|---|
| State v. Dodson | 106,982 | Denied | 06/14/13 | Unpublished |
| State v. Doran | 104,957 | Denied | 08/29/13 | Unpublished |
| State v. Douglas | 106,859 | Denied | 08/23/13 | Unpublished |
| State v. Drach | 105,837 | Denied | 07/30/13 | Unpublished |
| State v. Dulaney | 106,086 | Denied | 09/04/13 | Unpublished |
| State v. Dunlap | 105,560 | Denied | 07/01/13 | 46 Kan. App. 2d 924 |
| State v. Duran | 106,197 | Denied | 08/19/13 | Unpublished |
| State v. Dutcher | 107,319 | Denied | 08/19/13 | Unpublished |
| State v. Edwards | 106,278 | Denied | 08/19/13 | Unpublished |
| State v. Edwards | 106,299 | Granted | 05/20/13 | 48 Kan. App. 2d 383 |
| State v. Ellis | 105,634 | | | |
| | 105,635 | | | |
| | 105 636 | Denied | 08/29/13 | Unpublished |
| State v. Ellsworth | 105,975 | Denied | 08/29/13 | Unpublished |
| State v. Enriquez | 103,397 | Denied | 05/20/13 | 46 Kan. App. 2d 765 |
| State v. Erickson | 107,725 | Denied | 08/23/13 | Unpublished |
| State v. Everett | 103,067 | Denied | 04/08/13 | Unpublished |
| State v. Fielden | 108,234 | Denied | 08/19/13 | Unpublished |
| State v. Fields | 105,543 | Denied | 06/14/13 | Unpublished |
| State v. Finch | 105,503 | Denied | 06/14/13 | Unpublished |
| State v. Florez-Perez | 106,529 | Denied | 08/19/13 | Unpublished |
| State v. Fogle | 106,800 | Denied | 08/19/13 | Unpublished |
| State v. Franco | 107,813 | Denied | 08/30/13 | Unpublished |
| State v. Franklin | 102,195 | Denied | 04/08/13 | 44 Kan. App. 2d 156 |
| State v. Galloway | 106,895 | Denied | 08/19/13 | Unpublished |
| State v. Garibaidi | 107,601 | Denied | 07/19/13 | Unpublished |
| State v. Garner | 102,790 | Denied | 05/22/13 | Unpublished |
| State v. Gates | 106,858 | Denied | 08/30/13 | Unpublished |
| State v. Genzel | 106,136 | Denied | 08/19/13 | Unpublished |
| State v. George | 108,374 | Denied | 08/29/13 | Unpublished |
| State v. Glass | 105,565 | Denied | 07/30/13 | Unpublished |
| State v. Goheen | 103,895 | Denied | 08/19/13 | Unpublished |
| State v. Gonzales | 107,137 | | | |
| | 107,138 | Denied | 09/04/13 | Unpublished |
| State v. Gordon | 105,845 | Denied | 07/30/13 | Unpublished |
| State v. Gould | 105,637 | Denied | 07/30/13 | Unpublished |
| State v. Graves | 106,285 | Denied | 04/18/13 | 47 Kan. App. 2d 808 |
| State v. Griffin | 106,331 | Denied | 06/14/13 | Unpublished |
| State v. Guiden | 105,716 | Denied | 06/14/13 | Unpublished |
| State v. Guinn | 108,383 | Denied | 08/29/13 | Unpublished |
| State v. Hagan | 106,338 | Denied | 09/04/13 | Unpublished |
| State v. Hall | 106,903 | Denied | 08/19/13 | Unpublished |
| State v. Hammitt | 107,496 | Denied | 08/29/13 | Unpublished |